ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:26-CR-00049-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | COURT: Hon. Kirk E. Sherriff |
| DAVID THERON ROSS, | |
| Defendant. | |

Plaintiff the United States of America ("United States") and Defendant David Theron Ross ("Defendant") submit this stipulation, pursuant to undersigned counsel, (1) to schedule a change of plea hearing before the Honorable Kirk E. Sherriff on May 11, 2026, at 9:30 a.m.

The parties have reached a plea agreement which has been filed on the docket. Given the agreement, the parties request a change of plea hearing. Defendant will also execute a waiver of indictment at the change of plea hearing.

1

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. A change of plea hearing may be scheduled for May 11, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff;

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  April 7, 2026          */s/ Chan Hee Chu*
                              CHAN HEE CHU
                              Assistant United States Attorney
                              Attorney for Plaintiff

Date:  April 7, 2026           */s/ Anthony P. Capozzi*
                              ANTHONY P. CAPOZZI
                              Attorney for Defendant
                              DAVID THERON ROSS

## O R D E R

**IT IS SO ORDERED.**  A change of plea hearing as to Defendant David Theron Ross is scheduled for **May 11, 2026, 9:30 a.m.** before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    April 7, 2026

_____
UNITED STATES DISTRICT JUDGE

3